UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE
TAX INDEBTEDNESS OF

MISC. CASE NO.

PETER B. APP
1353 BRIDGE STREET NW
GRAND RAPIDS, MI 49504

_____/

**APPLICATION OF THE UNITED STATES
TO ENTER PREMISES TO EFFECT LEVY**

The United States of America, on the basis of the attached affidavit, respectfully requests this Court to enter an order authorizing Revenue Officer Linda Wilson and/or such other revenue officers as may be designated by the Internal Revenue Service to enter and secure the premises located at 1330 Plainfield Avenue NE, Grand Rapids, MI 49505, in order to seize the assets consisting of but not limited to all medical office equipment, furniture, fixtures, computers, and any cash box or cash register and its contents, which is subject to levy by the United States in satisfaction of the outstanding Federal taxes now due and owing by said taxpayer, together with interest and costs as allowed by law.  In so applying, the IRS relies upon 26 U.S.C. § 7402(a), G.M. Leasing Corp. v. United States, 429 U.S. 338 (1977), In re Campbell, 761 F.2d 1181, 1186-87 (6th Cir. 1985), In re Carlson, 580 F.2d 1365 (10th Cir. 1978); which authorize the writ of

entry sought by the IRS in this matter.

                                                  Respectfully submitted,

                                                  PATRICK A. MILES, JR.
                                                  United States Attorney

Dated:   August 26, 2014                        */s/ W. Francesca Ferguson*
                                                  W. FRANCESCA FERGUSON (P30440)
                                                  Assistant United States Attorney
                                                  Post Office Box 208
                                                  Grand Rapids, MI 49501-0208
                                                  (616) 456-2404
                                                  Francesca.Ferguson@usdoj.gov